**Order entered April 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00982-CV

### JOHN H. GEORGE, Appellant

### V.

### MARIA GUADALUPE GEORGE, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11713**

## ORDER

By order dated March 20, 2019, we ordered the appeal be submitted without the reporter's record and set the deadline for appellant's brief on the merits. Before the Court is appellant's April 15, 2019 motion for an extension of time to file a brief. In his motion, appellant states that he mailed payment for preparation of the reporter's record to court reporter Brooke Wagner on April 15, 2019.

We **GRANT** appellant's motion as follows. We **VACATE** this Court's March 20, 2019 order. If payment for the reporter's record has not been received by April 29, 2019, Ms. Wagner shall file written verification of non-payment by **May 1, 2019**. Otherwise, Ms. Wagner shall file the reporter's record no later than **May 17, 2019.** We caution appellant that if the Court receives

written verification of nonpayment, the Court will again order the appeal submitted without the reporter's record.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Wagner; Janet Saavedra, Official Court Reporter for the 254th Judicial District Court; and all parties.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE